**Motion granted, appeal reinstated, and Order filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00101-CV

_____

### CMS CONSULTANTS, LLC, Appellant

### V.

### EPM DISASTER RECOVERY TEAM, LLC, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2020-69065**

## ORDER

This appeal was abated for mediation. The mediator's report reflects the mediation did not resolve the dispute. Appellee has filed an unopposed motion for briefing schedule. The appeal is reinstated, and the motion is granted.

Appellant's brief is due on September 8, 2022. The time to file all other briefs is set forth in Texas Rule of Appellate Procedure 38.6.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.